**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6095**

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

    v.

VELMA MARTIN THOMAS,

           Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:17-cr-00410-TDS-1; 1:19-cv-01104-TDS-LPA)

Submitted: June 18, 2020                    Decided: June 23, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Velma Martin Thomas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Velma Martin Thomas appeals the district court's order accepting the magistrate judge's recommendation, denying Thomas' motions for a sentence modification, and dismissing the action without prejudice to Thomas filing an appropriate motion under 18 U.S.C. § 3582(c)(1) (2018) after exhausting her remedies with the Bureau of Prisons. For administrative purposes, the district court treated Thomas' motions as arising under 28 U.S.C. § 2255 (2018). We conclude, however, that the motions are properly construed as motions for relief pursuant to the First Step Act of 2018 ("First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194. Accordingly, although we find no reversible error, *United States v. Thomas*, Nos. 1:17-cr-00410-TDS-1; 1:19-cv-01104-TDS-LPA (M.D.N.C. Dec. 23, 2019), we affirm as modified to reflect that Thomas' motions sought relief under the First Step Act, not § 2255. We grant Thomas leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*